STATE OF NEW JERSEY v. PETER BONO.

July 22, 1974. Petition for certification denied. (See 128 *N. J. Super.* 254)

STATE OF NEW JERSEY v. CARL A. WATSON.

July 22, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. BOBBY LEE GRIFFIN.

July 22, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. PAUL DI CARLO.

July 22, 1974. Petition for certification granted.

FRANK GARCIA v. MODESTO DEL VERDE SANTANA.

July 22, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. EDDIE JOHNSON.

July 22, 1974. Petition for certification denied.